UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BALBID DHILLON, doing business as MAXIM'S RESTAURANT,

    Plaintiff,

  v.

THE CITY OF STOCKTON,

    Defendant.

No. 2:09-cv-01469-MCE-DAD

ORDER

----oo0oo----

The Court is in receipt of the Stipulation of Dismissal filed by Plaintiffs and the Government Defendants as well as the City of Stockton's proposed ordinance. In light of both that Stipulation and Plaintiffs' subsequent Statement of Non-Opposition to the proposed ordinance, the court hereby dismisses the Government Defendants and terminates the preliminary injunction issued on June 8, 2009, and electronically filed on June 9, 2009.

///

///

///

1

       Plaintiff and the remaining Defendants are directed to file a Joint Status Report advising the Court as to the status of this case subsequent to the above dismissals not later than Friday, August 21, 2009.

       IT IS SO ORDERED.

Dated: August 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE