**GEORGE W. M. MULL, ESQ.**, State Bar No. 133348
1012 38th Street
Sacramento, CA 95816
Telephone: (916) 456-0100
Facsimile:  (916) 456-0120

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBID DILLON; MAXIM'S RESTAURANT, INC., doing business as MAXIM'S RESTAURANT<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE CITY OF STOCKTON, et al.,<br><br>    Defendants. | CASE NO:   2:09-cv-1469 MCE DAD<br><br>ORDER |

    The Court is in receipt of plaintiffs' Request to Reschedule Date for Joint Status Report. For good cause shown, plaintiffs and the remaining defendants are directed to file with the Court a Joint Status Report not later than Monday, October 26, 2009.

    IT IS SO ORDERED

Dated:  August 31, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1